■ MINISTER, ELDERS AND DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, v 198 BROADWAY, INC., et al. — Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Murphy, P. J., Markewich, Fein and Milonas, JJ.

■ In the Matter of SIDNEY FELDSHUH for Reinstatement. — Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Bloom, JJ.